**Exhibit A to the Complaint**

**Location:** Asbury Park, NJ
**Total Works Infringed:** 36

**IP Address:** 173.54.35.53
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 11:49:16 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 2 | 072943E9FF85CAC0497073948D256F424C37A602 | Blacked Raw | 02/07/2018 14:03:21 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 3 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | Blacked | 04/07/2018 13:11:33 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 4 | 1D01B2A9C9D17E72CC2F005AE19FFD35C0DC93E6 | Blacked | 03/21/2018 20:15:36 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 5 | 1DE2FA3287092F088A977E4269BBCD939BB809B6 | Blacked | 01/30/2018 14:36:02 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 6 | 28B3D957F56B6E9EF0055E68DA314C0E0D743E85 | Tushy | 01/01/2018 05:36:08 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 7 | 295A05A664DE1E858CF8837D08EE731BA0BFEF92 | Tushy | 07/01/2018 12:29:14 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 8 | 306CF7E40333E425065DA3D06925A0DCAABA97BA | Tushy | 04/17/2018 22:09:31 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 9 | 3E97BA63DC43E5E5C8F673ACD2A36D13532136EA | Blacked | 01/11/2018 02:06:43 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 10 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/24/2018 21:45:16 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 11 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/01/2018 05:12:44 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 12 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/29/2018 11:00:09 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 13 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/23/2018 10:16:03 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 14 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | Blacked | 05/24/2018 21:42:37 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 15 | 7FE462AAD56BDEAEE096DE1B2A66D6E90FFA8FCE | Blacked Raw | 01/28/2018 15:34:08 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 16 | 85B0EADEDFE575A6815767C63015E183C9597C94 | Vixen | 04/30/2018 17:19:55 | 04/29/2018 | 05/19/2018 | 16665915497 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 17 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 04/26/2018 14:53:56 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 18 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/26/2018 11:11:39 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 19 | 933842FF5AAB85DF43E7C49063BBA741CBE0D135 | Blacked Raw | 06/06/2018 23:32:01 | 06/06/2018 | 06/30/2018 | 16761912409 |
| 20 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | Blacked Raw | 04/19/2018 10:48:58 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 21 | 9EC975A8A86FEDA3FE965D4F8C6B9BBADC8ACE2D | Blacked Raw | 04/23/2018 00:08:17 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 22 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/20/2018 11:01:41 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 23 | BA208122059C1D4BF001721FE15BC0C17E491F8E | Vixen | 04/12/2018 21:20:49 | 04/09/2018 | 05/19/2018 | 16665915448 |
| 24 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 04/28/2018 17:54:09 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 25 | CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9 | Vixen | 01/01/2018 05:46:09 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 26 | CC83F5DC0C118F77EC1280AA0042C450465BC917 | Vixen | 05/15/2018 10:19:46 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 27 | D1153CBA60CBAA04D9963D928606E442D42440E8 | Blacked | 06/25/2018 11:23:54 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 28 | D4BCCA334434C333F632877C9C91A4A21E60F521 | Vixen | 02/14/2018 11:57:04 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 29 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/16/2018 20:40:50 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 30 | E135DF22FAE94A7DEFE4329C8BB36859890C01A5 | Tushy | 05/22/2018 00:39:05 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 31 | E4B32F35427C56CEAB683B149BBCB2CE48734A2F | Blacked Raw | 05/19/2018 15:17:30 | 05/17/2018 | 05/19/2018 | 16665887918 |
| 32 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/07/2018 13:11:35 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 33 | F40C311356A2C6E446C2BFDC557267E2711230B9 | Tushy | 05/27/2018 12:47:55 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 34 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/16/2018 22:17:23 | 04/14/2018 | 05/19/2018 | 16665887967 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FDAFB6514A92CABEE331EFE806E06E36AAEE19C5 | Blacked | 06/10/2018 12:56:17 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 36 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 13:03:17 | 01/04/2018 | 01/15/2018 | PA0002070947 |