Lippincott IP LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 237-0400
flann@lippincottip.com
Attorneys for Defendant John Doe subscriber assigned IP address 173.54.35.53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | : | Hon. Michael A. Shipp, U.S.D.J. |
| | : | Case No. 3:18-cv-12609-MAS-LHG |
| Plaintiff, | : | |
| | : | |
| v. | : | NOTICE OF MOTION TO QUASH |
| | : | SUBPOENA |
| JOHN DOE subscriber assigned IP address 173.54.35.53, | : | |
| | : | |
| Defendant | : | |
| | : | Return Date: December 3, 2018 |

TO:

John C. Atkin, Esq.                     Verizon
Fox Rothschild LLP                      c/o VSAT Subpoena Compliance Team
Princeton Pike Corporate Center         180 Washington Valley Road
997 Lenox Drive, Building 3             Bedminster, New Jersey 07921
Lawrenceville, NJ 08648-2311

**PLEASE TAKE NOTICE** that on the 3rd day of December, 2018, or as soon as counsel may be heard, the undersigned attorneys for defendant shall move before the United States District Court for the District of New Jersey, before the Honorable Lois H. Goodman, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7E, Trenton, New Jersey, for an Order to Quash plaintiff's Rule 45 Subpoena dated September 17, 2018, returnable November 1, 2018, to defendant's internet service provider Verizon pursuant to Fed. R. Civ. P. 45(d)(3);

and

In support of its motion, defendant will rely upon its accompanying Memorandum of Law and Declaration of Flann Lippincott, Esq., together with the accompanying exhibits.

      A proposed form of order is submitted.

      Any opposition must be served and filed at least fourteen days prior to the return date of this Motion or as set by the Court.

      Respectfully submitted,

Dated: November 9, 2018

      <u>s/ Flann Lippincott</u>
      Lippincott IP LLC
      475 Wall Street
      Princeton, New Jersey 08540
      flann@lippincottip.com
      Tel: (908) 237-0400
      Fax: (909) 237-0401
      *Attorneys for Defendant*
          *John Doe*